IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS,<br><br>    Plaintiff,<br><br> vs.<br><br>AG VALLEY COOPERATIVE NON-STOCK,<br><br>    Defendant. | 8:21CV354<br><br>ORDER |

  Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing No. 4). The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed *in forma pauperis*.

  IT IS ORDERED:

  1. Plaintiff's application to proceed in forma pauperis, (Filing No. 4) is granted.

  2. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 13th day of September, 2021.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge