IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESS T. LAMMERS,<br><br>        Plaintiff,<br><br>   vs.<br><br>AG VALLEY COOPERATIVE NON-STOCK,<br><br>        Defendant. | **8:21CV354**<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED that Plaintiff Jess T. Lammers shall appear at his deposition on August 17 or August 18, 2022 pursuant to the anticipated notice of deposition by the defendant at the location stated in the notice.

Dated this 6th day of July, 2022.

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge